UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                          **PLAINTIFF**

**VS.**                                             **CRIMINAL ACTION NUMBER: 3:18CR-20-CRS**

**CLAUDIA LOPEZ**                                                                                       **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter came before the Court on March 9, 2018 for arraignment proceedings and a detention hearing. The United States was represented by Joseph R. Ansari and Lettricea Jefferson Webb, Assistant United States Attorneys. The defendant, Claudia Lopez, appeared with retained counsel, David Mejia. The proceedings were recorded by April Dowell, Official Court Reporter.

The defendant was advised of her rights and furnished with a copy of the Indictment. The defendant, through counsel, acknowledged her identity and waived formal reading of the Indictment.

The defendant through counsel advised the Court of her intent to plead guilty to the charges contained in the Indictment. The appropriate wavier was executed by the defendant pursuant to Fed.R.Crim.P. 11 and filed in the record. The defendant entered a plea of guilty as to Counts 1-2 of the Indictment pursuant to a Rule 11(c)(1)(A) and (B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1-2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be

adjudged guilty as to Counts 1-2 of the Indictment and have sentence imposed accordingly.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.**

By agreement of the parties and for the reasons discussed on the record,

**IT IS HEREBY ORDERED** that the defendant is released on bond pending further order of the Court. The defendant shall remain on all conditions of release as previously ordered in 3:15CR-54-JHM except for the following modifications: (1) the defendant is removed from home confinement and location monitoring, and (2) the defendant is no longer prohibited from conferring with co-defendant Ariel Borrego-Hernandez.

A sentencing date will be scheduled by separate order.

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

25